IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICHARD A. PARKS, JR., | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:09cv141 |
| TIMOTHY F. GEITHNER, Secretary, Department of the Treasury, | : | JUDGE WALTER HERBERT RICE |
| | : | |
| Defendant. | | |

---

OPINION SUSTAINING IN PART AND OVERRULING IN PART
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. #21);
EXPANDED OPINION TO BE FILED WITHIN STATED PERIOD OF TIME

---

Pursuant to the reasoning and citations of authority to be set forth by this Court, in an expanded opinion to be filed within a maximum of 45 days from date, the Motion of the Defendant seeking summary judgment (Doc. #21) is sustained in part and overruled in part, in a manner and to the extent as will be more fully set forth in the above-referenced expanded opinion.

Following the filing of said expanded opinion, the Court will convene a scheduling conference in order to reset the trial date and other dates leading to the resolution of this litigation.

March 30, 2011

*[signature]*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

-2-

Copies to:

Counsel of record