IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RICHARD PARKS, JR., :
: Case No. 3:09-cv-141
:
              Plaintiff(s), : JUDGE WALTER HERBERT RICE
- vs - :
:
SECRETARY, DEPARTMENT OF :
TREASURY :
:
              Defendant(s). :
:

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

February 27, 2012

                                              WALTER HERBERT RICE, JUDGE
                                              UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due within 45 days."